Lana L. Coleman BASKETT, Relator,

v.

The Honorable Scott BRISTER, Judge, 234th District Court Harris County, Texas, Respondent.

No. A14–94–00934–CV.

Court of Appeals of Texas, Houston (14th Dist.).

Motion for Leave to File Petition for Writ of Mandamus Denied Oct. 4, 1994, and Opinion Oct. 6, 1994.

Before J. CURTISS BROWN, C.J., and MURPHY and ELLIS, JJ.

**OPINION**

PER CURIAM.

On September 27, 1994, relator, Lana L. Coleman Baskett, filed her motion for leave to file her petition for writ of mandamus in

---

this Court pursuant to section 22.221 TEX. GOV'T CODE ANN.

While the record reflects dubious rulings by the trial court, the rules provide a trial judge with broad discretion in the management of his court's docket. Motion for leave to file relator's petition for writ of mandamus is denied.

ELLIS, J., would grant.